ANTHONY DIMONE, an Infant, by MICHAEL DIMONE, His Guardian ad Litem, Appellant, v. WAYNE COUNTY PRODUCE COMPANY, Respondent.— Judgment dismissing complaint reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The court is of opinion that there was a question of fact for the jury to determine as to whether or not the traffic manager acquiesced in plaintiff's being on the truck as a helper. Lazansky, P. J., Young and Tompkins, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm.

JOSEPH ENTE, Respondent, v. ATWELL-GUSTIN-MORRIS, INC., Appellant.— Order denying motion to direct plaintiff to serve an amended complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

HYMAN GIBEL, Respondent, v. LOTOS OIL AND DISTRIBUTING CORPORATION, Appellant.— Order denying motion to strike out reply as frivolous reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended reply within ten days after notice of entry of the order upon this decision, upon payment of such costs. The amended answer contains allegations of fact which did not appear in the complaint, and the previous order denying defendant's motion to dismiss the complaint is not controlling upon the decision of this motion. The denials contained in plaintiff's reply are insufficient. The first is bad in form (D. & G. Girl Coat Co., Inc., v. Kafka, 218 App. Div. 607; affd., 245 N. Y. 646), and the second is a denial of a conclusion of law. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

WILLIAM GILLOON, Appellant, v. DWIGHT P. ROBINSON & Co., INC., a Foreign Corporation, Respondent.— Order denying plaintiff's motion to set aside the verdict and for a new trial reversed upon the law and the facts, and motion granted, costs to abide the event. We are of opinion that, according to the evidence, the verdict rendered by the jury is inadequate. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

CATHERINE HANNON, as Administratrix, etc., of MYLES G. HANNON, Deceased, Respondent, v. NATIONAL CITY REALTY CORPORATION, Appellant.— Order denying defendant's motion for leave to serve an amended answer reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon condition that defendant pay to the plaintiff taxable costs to the date of the making of the original motion and in addition stipulate that the original date of issue remain unchanged. In the event of defendant's failure to comply with these conditions, the order is affirmed, with ten dollars costs and disbursements. Amended answer to be served within ten days from the entry of the order herein. A sound exercise of discretion required the granting of this motion on the terms indicated, in that the motion was not delayed to such an extent as to show laches on the part of the defendant of such a character as to deny it relief from the consequences of its alleged mistake. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.